IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | |
|---|---|
| HUGH JEFFREY GILLIAM, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER PEARCE, OFFICER KNEPP, OFFICER T. WILLIAMS, OFFICER KIRSCH, OFFICER DIEHL, OFFICER DRISCOLL, OFFICER MCCOLLOUGH, OFFICER ROSENBAUM, OFFICER ZAMEROSKI, OFFICER ARCHER, OFFICER BARTLEY, RN SIMINGTON, RN LONG, DEBORAH ASKEY, RN; AND RN REED, <br><br> Defendants, | 3:16-CV-00063-KRG |

## **MEMORANDUM ORDER**

KIM R. GIBSON, United States District Judge.

The present action was initiated in this court on March 7, 2016. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D. The defendants moved for summary judgment pursuant to Federal Rule of Civil Procedure 56. The magistrate judge's report and recommendation filed September 26, 2017 recommended that the defendants' motion for summary judgment be granted. Service of the report and recommendation was made on all parties. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 that Plaintiff had until October 13, 2017 to file objections as an unregistered ECF user and defendants had until October 10, 2017 to file any objections. As of this date, no objections have been filed.

Accordingly, after a *de novo* review of the pleadings and documents in this case, together

1

with the Report and Recommendation, the following Order is entered:

AND NOW, this **31st** day of **October**, 2017, IT IS HEREBY ORDERED that defendants' Officer Pearce, Officer Knepp, Officer T. Williams, Officer Kirsh, Officer Diehl, Officer Driscoll, Officer McCollough, Officer Rosenbaum, Officer Zameroski, Officer Archer, Officer Bartley, RN Simington, RN Long, RN Deborah Askey, and RN Reed's motion for summary judgment [ECF No. 79] is GRANTED.

IT IS FURTHER ORDERED that the report and recommendation [ECF No. 34] of Magistrate Judge Cynthia Reed Eddy is hereby adopted as the Opinion of the District Court.

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: The Honorable Cynthia Reed Eddy
United States District Court
Western District of Pennsylvania
*via CM-ECF electronic filing*

HUGH JEFFREY GILLIAM
LR-4723
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000

Counsel of record
*via CM-ECF electronic filing*